UNITED STATES *versus* ONE PIECE INGRAIN CARPETING CONTAINING SIXTY-FOUR YARDS AND ONE PIECE CONTAINING THIRTY-SIX YARDS, ONE PIECE VENETIAN CARPETING CONTAINING TEN YARDS, ONE PIECE FIGURED CARPETING CONTAINING NINE YARDS, AND THREE RUGS.

JOURNAL ENTRIES: (1) Jan. 13, 1834: libel filed, time fixed for hearing, notice ordered published; (2) Jan. 30, 1834: publication proved, proclamation made, motion for judgment; (3) Feb. 15, 1834: property forfeited, sale and notice of sale ordered.

PAPERS IN FILE (1834): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return, receipt.

*File No. 101.*